IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELLY FLANNERY                                                          PETITIONER

VS.                    CASE NO. 5:06CV00129 GTE

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                             RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied..

SO ADJUDGED this 4th day of January, 2007.

                                                    /s/ Garnett Thomas Eisele
                                                    UNITED STATES DISTRICT JUDGE